PROBATION FORM NO. 35                                    Report and Order Terminating Probation/

(DSC 8/17)                                                        Supervised Release

Prior to Original Expiration Date

# United States District Court

## FOR THE

### District of South Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| William Solomon | ) | Crim. No. 2:25CR00840 |

On April 16, 2019, the above-named individual was sentenced to a 5-year term of supervised release. The term of supervision commenced on August 26, 2022. Since that time, he has complied with the rules and regulations of supervised release and qualifies for early termination according to the Guide to Judiciary Policy, Vol 8E, §360.20 and the U.S. Sentencing Guidelines § 5D1.4.

Respectfully submitted,

*Renee Partridge*

Renee Partridge
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this __22nd__ day of ___July_____, 20_26_ .

*Bruce H. Hendricks*

Bruce Howe Hendricks
United States District Judge